Opinion issued December 21, 2006




















In The

Court of Appeals

For The

First District of Texas






NO. 01-04-00083-CV

 __________


DONNA BANDA AND ROBYN WORTHEN, Appellants


V.


CITY OF GALVESTON, Appellee






On Appeal from the 10th District Court

Galveston County, Texas

Trial Court Cause No. 00-CV-0576-A






MEMORANDUM OPINION

 The parties have filed a joint motion to dismiss their appeal. No opinion has
issued. Accordingly, the motion is granted, and the appeal is dismissed. Tex. R.
App. P. 42.1(a)(2).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Taft, Keyes, and Hanks.